ALEXANDER P. SABOL AND PEGGY W. SABOL v. PARRISH REALTY OF ZEBULON, INC., A NORTH CAROLINA CORPORATION AND RALPH McCOIG, JR.

No. 776A85

(Filed 6 May 1986)

APPEAL by plaintiffs pursuant to N.C.G.S. § 7A-30(2) from a divided panel of the Court of Appeals reported at 77 N.C. App. 680, 336 S.E. 2d 124 (1985), reversing plaintiffs' recovery for damages to a dwelling on the theory of negligence and affirming plaintiffs' recovery of nominal damages on the claim for breach of contract.

*Larry E. Norman, for plaintiffs-appellants.*

*Smith, Debnam, Hibbert & Pahl, by W. Thurston Debnam, Jr. and Jerry Talmadge Myers, for defendants-appellees.*

PER CURIAM.

Affirmed.